IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | : |
| *Plaintiff*, | : |
| v. | : Civil Action No. 1:24-CV-780 |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, | : |
| *Defendant*. | : |

**PLAINTIFF'S UNOPPOSED MOTION TO STAY THE
COURT'S ORDER REGARDING PSEUDONYMITY PENDING APPEAL**

Pursuant to Fed. R. Civ. P. 8(a)(1)(A), Plaintiff John Doe respectfully moves for a stay of this Court's August 2, 2024 Memorandum Opinion and Order (ECF No. 75) (the "Pseudonymity Order"), which denied Plaintiff's Motion for Leave to Litigate Pseudonymously (ECF No. 66) (the "Pseudonymity Motion") and ordered Plaintiff to advise the Clerk of the Court, within 14 days, whether he wishes to proceed with filing the Complaint on the public docket using his real name, and, if so, to file such motion on the public docket. Defendant does not oppose Plaintiff's request to stay the effectiveness of the Court's Pseudonymity Order.

In support of his stay motion, Plaintiff states as follows:

1. Plaintiff filed his Pseudonymity Motion on May 17, 2024 (ECF No. 66).

2. On August 2, 2024, the Court issued the Pseudonymity Order (ECF No. 75), which denied Plaintiff's Pseudonymity Motion and ordered Plaintiff to advise the Clerk of the Court, within 14 days, whether he wishes to proceed with filing the Complaint on the public docket using

his real name, and, if so, to file such motion on the public docket. That 14-day period would expire on August 16, 2024.

3. On August 16, Plaintiff filed a notice of appeal (ECF No. 76) to the United States Court of Appeals for the District of Columbia Circuit from the Court's Pseudonymity Order. Plaintiff believes in good faith that his appeal is meritorious and that the DC Circuit has jurisdiction to entertain the appeal pursuant to 28 U.S.C. § 1291 and the collateral order doctrine. *See In re Sealed Case*, 931 F.3d 92, 95-96 (D.C. Cir. 2019) (citing and agreeing with sister circuits).

4. Absent a stay of the Court's Pseudonymity Order pending the outcome of his appeal, Plaintiff would be required either to publicly reveal his identity by August 16, 2024 in a refiled complaint, or presumably suffer dismissal of his case, before his appeal could be decided by the DC Circuit. Plaintiff respectfully submits that justice would be better served by staying the Pseudonymity Order until the DC Circuit decides his appeal.[1]

5. Pursuant to Local Rule 7(m), undersigned counsel has conferred with counsel for the Defendant in a good faith effort to determine whether the Defendant opposes any of the relief requested by this stay motion. Defendant's counsel has advised undersigned counsel that the Defendant does not oppose Plaintiff's request to stay the effectiveness of this Court's Pseudonymity Order.

---

[1] Subject to the Court's preference, Plaintiff is prepared to proceed with litigating the case pseudonymously in this Court during the pendency of his appeal from the collateral Pseudonymity Order.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court stay its August 2, 2024 Memorandum Opinion and Order (ECF No. 75) pending the outcome of Plaintiff's appeal from that order to the DC Circuit.

Dated:  August 16, 2024                    Respectfully submitted,

/s/ *Russell G. Ryan*
Russell G. Ryan (DDC Bar No. 414472*)*
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street, NW
Suite 450
Washington, DC 20036
 (202) 869-5210
russ.ryan@ncla.legal

Ian D. Roffman *(pro hac vice pending)*
Melanie V. Woodward *(pro hac vice pending)*
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2421
iroffman@nutter.com

*Counsel for Plaintiff John Doe*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7(m), counsel for Plaintiff, Russell G. Ryan, hereby certifies that I conferred with counsel for Defendant on August 15, 2024 to determine whether this motion is opposed.  Counsel for Defendant advised that Defendant does not oppose Plaintiff's request to stay the effectiveness of this Court's August 2, 2024 order.

/s/ *Russell G. Ryan*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 16, 2024, a copy of this motion was served upon all counsel of record through the court's ECF system.

/s/ *Russell G. Ryan*