IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No. 1:24-CV-780 |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, | : | |
| *Defendant*. | : | |

**NOTICE OF APPEAL**

Notice is hereby given this 16th day of August, 2024, that Plaintiff John Doe appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of this Court entered on August 2, 2024 (ECF No. 75), which denied Plaintiff's Motion for Leave to Litigate Pseudonymously filed on May 17, 2024 (ECF No. 66).

Dated: August 16, 2024

Respectfully submitted,

*/s/Russell G. Ryan*
Russell G. Ryan (DDC Bar No. 414472)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street, NW, Suite 450
Washington, DC 20036
(202) 869-5210
russ.ryan@ncla.legal

Ian D. Roffman *(pro hac vice pending)*
Melanie V. Woodward *(pro hac vice pending)*
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2421
iroffman@nutter.com

*Counsel for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 16, 2024, a copy of the foregoing document was served upon all counsel of record through the court's ECF system.

                                        */s/ Russell G. Ryan*