# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>    *Defendant*. | Civil Action No. 1:24-cv-780-ACR |
| JOHN DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-186-ACR (consolidated with Nos. 1:24-cv-780 (lead), 1:25-cv-70) |
| JOHN DOE CORPORATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>    *Defendant*. | Civil Action No. 1:25-cv-70-ACR (consolidated with Nos. 1:24-cv-780 (lead), 1:25-cv-186) |

## **[PROPOSED] ORDER**

This matter came before the Court on the parties' Joint Motion to Reset Briefing Schedule. Upon consideration, it is hereby ORDERED that the joint motion is GRANTED.

The deadlines for briefing on the parties' cross-motions for summary judgment shall be reset as follows:

| Brief | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Plaintiffs' Opening Brief | September 5, 2025 | September 26, 2025 |
| Defendants' Opening and Response Brief | November 4, 2025 | November 25, 2025 |
| Government's Brief | November 18, 2025 | December 9, 2025 |
| Plaintiffs' Response and Reply Brief | December 2, 2025 | December 23, 2025 |
| Defendants' Reply Brief | December 23, 2025 | January 13, 2026 |
| Plaintiffs' Sur-Reply Brief | January 13, 2026 | February 3, 2026 |

**SO ORDERED.**

_____   _____
Date                                                      ANA C. REYES
                                                                   United States District Judge

7453879