IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>    *Defendant*. | Civil Action No. 1:24-cv-780-ACR |
| JOHN DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-186-ACR (consolidated with Nos. 1:24-cv-780 (lead), 1:25-cv-70) |
| JOHN DOE CORPORATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>    *Defendant*. | Civil Action No. 1:25-cv-70-ACR (consolidated with Nos. 1:24-cv-780 (lead), 1:25-cv-186) |

**STIPULATION OF DISMISSAL AS TO CIVIL ACTION 1:25-CV-70-ACR ONLY**

On September 23, 2025, Defendant Public Company Accounting Oversight Board ("Board") accepted an offer of settlement made by Plaintiff John Doe Corporation ("Doe Corp."), *see* ECF No. 105 at 2, and issued an Order Making Findings and Imposing Sanctions against Doe Corp. The parties previously agreed that, "If approved, the settlement would moot Doe Corp.'s claims." *Id.* at 2.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Doe Corp. and the Board stipulate that all claims, cross-claims, and third-party claims asserted in Civil Action No. 1:25-cv-70-ACR be dismissed with prejudice, with each party to pay its own costs.

This stipulation shall have no effect whatsoever on the other consolidated actions, Civil Action No. 1:24-cv-780-ACR and Civil Action No. 1:25-cv-186-ACR, which remain active.

DATED: Sept. 25, 2025

/s/ *Ian d. Roffman*
Ian D. Roffman (*pro hac vice*)
Melanie V. Woodward (*pro hac vice*)
NUTTER, MCCLENNEN & FISH LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 439-2421

*Attorneys for Plaintiff John Doe Corporation*

Respectfully submitted,

/s/ *Ginger D. Anders*
Donald B. Verrilli, Jr. (DC Bar # 420434)
Elaine J. Goldenberg (DC Bar # 478383)
Ginger D. Anders (DC Bar # 494471)
Rachel G. Miller-Ziegler (DC Bar # 229956)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1100
Fax: (202) 220-1100

*Attorneys for Public Company Accounting Oversight Board, Erica Y. Williams, Christina Ho, Kara M. Stein, Anthony C. Thompson, and George R. Botic*

Jeffrey A. Lamken (DC Bar # 440547)
Robert K. Kry (DC Bar # 490545)
MOLOLAMKEN LLP
600 New Hampshire Ave. NW, Suite 500
Washington, DC 20037
Telephone: (202) 556-2000

*Attorneys for Public Company Accounting Oversight Board*

## **CERTIFICATE OF SERVICE**

I certify that, on September 25, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system.

                                      /s/ Ian D. Roffman
                                      Ian D. Roffman *(pro hac vice)*

7524113