# **EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br>    *Plaintiff*,<br>v.<br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br>    *Defendant*. | Civil Action No. 1:24-cv-780-ACR |
| JOHN DOE,<br>    *Plaintiff*,<br>v.<br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al.,<br>    *Defendants*. | Civil Action No. 1:25-cv-186-ACR (consolidated with Nos. 1:24-cv-780 (lead), 1:25-cv-70) |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The Court having considered Plaintiffs' motion for summary judgment and supporting documents, along with the responsive documents filed by the Defendant and Intervenor, and the Court being satisfied that there is no genuine dispute as to any material fact and that Plaintiffs are entitled to judgment as a matter of law, it is hereby

ORDERED, pursuant to Fed. R. Civ. P. 56, that Plaintiffs' motion for summary judgment is GRANTED; and it is

FURTHER ORDERED, that Defendant Public Company Accounting Oversight Board is hereby permanently restrained and enjoined from continuing its disciplinary proceedings against Plaintiffs (PCAOB Nos. 105-2022-006 and 105-2023-003); and it is

FURTHER ORDERED, that the Defendant's disciplinary proceedings against Plaintiffs are hereby declared unconstitutional and unlawful because they (i) deprive Plaintiffs of their rights

to an Article III adjudication and their Seventh Amendment rights to a jury trial; (ii) deprive Plaintiffs of their Fifth Amendment rights to due process of law; (iii) are superintended, and will be initially decided, by an inferior officer who is not appointed in conformity with the Appointments Clause of the Constitution and not sufficiently accountable to and removable by the President, as required by Article II of the Constitution; (iv) are prosecuted and adjudicated by private citizens who are not subject to the pervasive surveillance and supervision of any other governmental official; and (v) are funded in violation of Article I of the Constitution.

**SO ORDERED.**

_____        _____
Date                                                          ANA C. REYES
                                                                        United States District Judge