IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>  *Plaintiff*,<br><br>  v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>  *Defendant*. | Civil Action No. 1:24-cv-780-ACR |
| JOHN DOE,<br><br>  *Plaintiff*,<br><br>  v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>  *Defendant*. | Civil Action No. 1:25-cv-186-ACR<br>(consolidated with No. 1:24-cv-780 (lead)) |

**DEFENDANT PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Public Company Accounting Oversight Board, by undersigned counsel, respectfully moves for summary judgment against Plaintiffs on all claims. The grounds for this motion are set forth in the attached memorandum of law and statement of undisputed material facts.

A proposed order describing with more particularity the relief sought is attached thereto.

| | |
|---|---|
| Dated: November 25, 2025 | Respectfully submitted,<br><br>/s/ *Donald B. Verrilli, Jr.*<br>Donald B. Verrilli, Jr.<br>Elaine J. Goldenberg<br>Ginger D. Anders<br>Rachel G. Miller-Ziegler<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue NW, Suite 500 E<br>Washington, D.C. 20001<br>Telephone: (202) 220-1100<br>Fax: (202) 220-1100<br>Donald.Verrilli@mto.com<br>Elaine.Goldenberg@mto.com<br>Ginger.Anders@mto.com<br>Rachel.Miller-Ziegler@mto.com<br><br>Jeffrey A. Lamken (DC Bar # 440547)<br>Robert K. Kry (DC Bar # 490545)<br>MOLOLAMKEN LLP<br>600 New Hampshire Ave. NW, Suite 500<br>Washington, DC 20037<br>Telephone: (202) 556-2000<br><br>*Attorneys for Public Company Accounting Oversight Board* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.


DATED: November 25, 2025                         */s/ Donald B. Verrilli, Jr.*
                                                 Donald B. Verrilli, Jr.