| \  | **Index of Exhibits** |
|---|---|
| **Exhibit** | **Description** |
| E | April 8, 2019 SEC Letter to PCAOB (PCAOB_000005). |
| F | December 6, 2022 Order Instituting Disciplinary Proceedings, Making Findings, and Imposing Sanctions.  PCAOB Release No. 105-2022-034. |
| G | September 26, 2023 Order Instituting Disciplinary Proceedings, Making Findings, and Imposing Sanctions.  PCAOB Release No. 105-2023-024. |
| H | September 16, 2013 PCAOB Letter to Marc Dorfman (PCAOB_000001). |