# EXHIBIT E



OFFICE OF
THE CHIEF ACCOUNTANT

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

April 8, 2019

Phoebe W. Brown
Secretary
Public Company Accounting Oversight Board
1666 K Street, NW
Washington, DC 20006

Dear Ms. Brown:

    I received your letter, dated February 6, 2019, informing the staff that the Public Company Accounting Oversight Board ("PCAOB") has voted unanimously to appoint Marc B. Dorfman as the PCAOB's Chief Hearing Officer and requesting that the Commission approve this appointment. On March 27, 2019, the Commission approved the appointment of Mr. Dorfman as the PCAOB's Chief Hearing Officer.

    If you have any questions, please contact me at (202) 551-3014 or Giles Cohen at (202) 551-2512.

Sincerely,

Wes Bricker
Chief Accountant

CONFIDENTIAL