# EXHIBIT H

**PCAOB**
Public Company Accounting Oversight Board

1666 K Street, N.W.
Washington, DC 20006
Telephone: (202) 207-9100
Facsimile: (202) 862-8430
www.pcaobus.org

September 16, 2013

Marc Dorfman
█████████

Dear Marc:

On behalf of the Public Company Accounting Oversight Board (PCAOB), I am pleased to provide you with this letter, which describes the agreed upon terms and conditions of your employment as a Chief Hearing Officer in the Office of the General Counsel and Secretary, reporting to Gordon Seymour, General Counsel. This position will be located in our Washington, DC office.

It is my understanding that you and Gordon have thoroughly discussed the scope of the Chief Hearing Officer's responsibilities. If you believe there are open questions about the position, please give Gordon a call at (202) 207-9034 prior to signing and returning this letter to the PCAOB.

The PCAOB is a private, non-profit corporation, created by the Sarbanes-Oxley Act of 2002. Its mission is to oversee the auditors of public companies in order to protect the interests of investors and further the public interest in the preparation of informative, fair, and independent audit reports.

Your annualized salary will be ████████, earned and paid in semi-monthly installments. Your performance will be evaluated annually. This regular, full-time position is exempt and is not eligible for overtime pay.

The PCAOB currently offers regular employees the following employee benefits, subject to the eligibility requirements and other terms and conditions of the respective benefit plan or other applicable governing documents: Medical, Dental, Vision, Short and Long-Term Disability, Life Insurance, 401(k) Plan and Holidays. Such benefit coverage is effective the first day of a participating individual's employment.

You should have received a summary of benefits during your visit. If you have not, please contact Alice Byskosh for an outline of our benefits package or with any questions you may have.

Also, you will be eligible to participate in the PCAOB's Paid Time Off (PTO) benefit. Regular, full-time employees will accrue 30 days of PTO per year (10 hours per pay period), subject to the terms of the PCAOB's Paid Time Off Guidelines and Procedures. Regular, part-time employees accrue PTO on a pro-rated basis in accordance with these guidelines and procedures. In addition, all regular employees receive a one-time PTO balance of five days offered to new employees on the first day of employment.

From time to time, the PCAOB may modify the benefits made available to its eligible employees. If you have questions about benefits at any time, please contact Human Resources at (202) 207-9323.

The PCAOB promotes the professional development of its staff and we provide opportunities for self-development through technical seminars and training courses in which employees may participate at their election and with management approval.

Like other employees of the PCAOB, you are employed on an at-will basis, which means that you may leave the PCAOB's employment at any time for any reason and the PCAOB may terminate your employment at any time for any lawful reason, or for no reason.

In addition to your employment being at-will, your employment with the PCAOB is at all times contingent upon the following:

1) Your compliance with the PCAOB's Code of Ethics. The PCAOB has adopted and the SEC has approved the "Ethics Code for Board Members, Staff and Designated Contractors and Consultants." Please familiarize yourself with the entire Ethics Code and identify any questions you might have about its application to you. Among other things, the Ethics Code:

   a) Requires all professional staff to disclose their holdings (and the holdings of their spouse, spousal equivalent, and dependents) in the securities of issuers within 60 days of joining the Board staff and annually thereafter;
   b) Requires all staff to obtain Board approval before engaging in any outside employment or other activity for compensation, and restricts certain outside activity whether or not for compensation;
   c) Restricts the types of financial and other obligations that professional staff may owe to, or be owed by, former employers, business partners, clients, or publishers;
   d) Restricts professional staff's ability to accept certain gifts, reimbursement, honoraria, or other things of monetary value;
   e) Requires staff to certify, at the commencement of their service with the Board and annually thereafter, their agreement to comply, and their continuing compliance, with the Ethics Code; and
   f) Imposes certain post-employment restrictions for professional staff.

   If you have questions about the PCAOB Code of Ethics or steps you need to take to be in compliance, you may contact the Board's Ethics Officer, Barbara Hannigan, directly at (202) 207-9239.

2) Your having provided proof at the commencement of your employment that you are legally authorized to work in the United States. The Immigration Reform and Control Act ("IRCA") requires all employers in the United States to verify identity and work authorization of newly hired personnel within the first three days of hire, and when appropriate, to reverify employment authorization no later than the expiration date of a previously provided document subject to limited validity. A list of documents US law considers acceptable to evidence identity and employment authorization is attached to this letter. To comply with the IRCA provisions, on your first day of employment please bring with you either a document from List A or documents from both List B and List C to evidence your identity and employment authorization. Please contact Mary Nixon in Human Resources at (202) 207-9141 if you have any questions or concerns.

3) Your satisfactory completion of the PCAOB's employment initial screening process and any future screenings. The initial screening process includes an interview with references, a verification of education, and a background inquiry regarding credit, criminal and other issues. You should have already been provided with and submitted the "Application for Employment" and a "Notification and Release Authorization". If this is not the case, these forms are enclosed in this package and need to be remitted along with one copy of this letter, signed by you. These documents may be faxed to our confidential fax at: (202) 862-3918. In addition, please use the postage-paid envelope to send back the original of this letter, signed by you, as well as the originals of these forms, also signed by you.

Your anticipated start date is October 7, 2013. In the event it becomes necessary to revise your start date, please advise Alice at your earliest convenience.

The terms and conditions included in this letter represent the entire agreement between you and the PCAOB with respect to your employment. If and to the extent that these terms and conditions have not previously been mutually agreed upon, these terms and conditions shall serve as the PCAOB's offer of employment to you, and your signing and returning this letter (via facsimile or otherwise) shall serve as your acceptance of this offer. In any event, the terms and conditions set forth in this letter supersede and fully substitute for any and all prior agreements or understandings, whether oral or written, including any communications between you and PCAOB recruiters or other PCAOB personnel, regarding your employment.

Please acknowledge and agree that this letter fully and accurately sets forth the agreed upon terms and conditions of your employment by signing and dating this letter and returning it to the PCAOB's Human Resources office by September 23, 2013. Please send one original via the enclosed envelope and keep the other for your records. To send your signed letter by fax as well, please utilize our confidential Human Resources fax number: (202) 862-3918. If this letter, signed and dated by you, is not received by the close of business on the above date, any agreement with respect to your employment shall automatically terminate without further liability of either party.

Marc, we are excited about you joining us, and anticipate a mutually beneficial relationship. If you have any questions or need additional information, please feel free to call Alice at (202) 591-4271. I wish you success in your career with the PCAOB.

Sincerely,

*[signature]* for Kim Gates

Kim Gates
Director, Human Resources

Enclosures
cc: Gordon Seymour, Alice Byskosh

I have read and understand the provisions of this letter, and acknowledge and agree that it fully and accurately sets forth agreed upon terms and conditions of my employment with the PCAOB.

_[signature]_     9/17/2013     10/7/2013
Signature         Date          Confirm Start Date

**Date of birth**: We must have your date of birth on file to ensure the proper benefit enrollment options are available to you upon commencement of your employment. Please provide your date of birth below.

[redacted]

Date of birth (MM-DD-YYYY)