**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>*Defendant*. | Civil Action No. 1:24-cv-780-ACR |
| JOHN DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br>*Defendant*. | Civil Action No. 1:25-cv-186-ACR<br>(consolidated with No. 1:24-cv-780 (lead)) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion for summary judgment, ECF No.__, Plaintiffs' motion for summary judgment, ECF No. 108, the parties' respective legal memoranda, and the entire record herein, for the reasons set forth in Defendant's memorandum accompanying its motion for summary judgment, it is hereby

**ORDERED** that Defendant's motion for summary judgment, ECF No.__, is **GRANTED**; it is further

**ORDERED** that Plaintiffs' motion for summary judgment, ECF No.108, is **DENIED**.

1

**SO ORDERED**.

Dated: _____

                                                  Hon. Ana C. Reyes
                                                United States District Court Judge

Names of Persons to be Served
With Proposed Order Upon Entry

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order.

**Ian David Roffman**
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2421
Fax: 617-439-2421
Email: iroffman@nutter.com

**Russell Ryan**
NEW CIVIL LIBERTIES ALLIANCE
4250 North Fairfax Dr.
Ste 300
Arlington, VA 22203
202-967-2503
Email: russ.ryan@ncla.legal

**Melanie V. Woodward**
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2130
Email: mwoodward@nutter.com

**Thomas K. Potter , III**
BURR & FORMAN LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201
615-724-3231
Fax: 615-724-3331
Email: tpotter@burr.com

**Katherine (Casey) Norman**
NEW CIVIL LIBERTIES ALLIANCE
4250 North Fairfax Dr.
Ste 300
Arlington, VA 22203

614-563-7027
Email: casey.norman@ncla.legal

**Garry Daniel Hartlieb**
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
202-305-0568
Fax: 202-616-8470
Email: garry.hartlieb@usdoj.gov

**Donald Beaton Verrilli , Jr**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW
Suite 500E
Washington, DC 20001
202-220-1101
Email: donald.verrilli@mto.com

**Elaine J. Goldenberg**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001-5369
202-220-1114
Email: elaine.goldenberg@mto.com

**Ginger Dawn Anders**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001-5369
202-220-1107
Fax: 213-683-5112
Email: ginger.anders@mto.com

**Jeffrey A. Lamken**
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Suite 660
Washington, DC 20037
(202) 556-2010
Fax: (202) 556-2001
Email: jlamken@mololamken.com

**Rachel G. Miller-Ziegler**
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001-5369
202-220-1115
Email: Rachel.Miller-Ziegler@mto.com

**Robert Kelsey Kry**
MOLOLAMKEN, LLP
600 New Hampshire Ave. N.W.
Suite 500
Washington, DC 20037
202-556-2011
Email: rkry@mololamken.com