# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 25-5208**                              **September Term, 2025**

1:24-cv-02415-SLS

**Filed On:** February 17, 2026

Emmanuel Lemelson, Reverend Father,

       Appellant

     v.

Securities and Exchange Commission,

       Appellee

**BEFORE:**     Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motions to govern further proceedings, it is

**ORDERED** that this appeal be dismissed as moot, that the district court's opinion and order entered on May 27, 2025 be vacated, and that the case be remanded to the district court with instructions to dismiss the case without prejudice as moot.

The case is moot because appellee's dismissal of the agency proceeding challenged by appellant prevents the court from providing appellant meaningful relief. See McBryde v. Committee to Review Circuit Council Conduct & Disability Orders of the Judicial Conference of the United States, 264 F.3d 52, 55 (D.C. Cir. 2001). The "voluntary cessation" exception to mootness does not apply because "the facts do not suggest any arguable manipulation of [the court's] jurisdiction" and "the allegedly wrongful behavior [can]not reasonably be expected to recur." Samma v. Department of Defense, 136 F.4th 1108, 1113 (D.C. Cir. 2025) (internal quotation marks omitted); see In re Lemelson, 2025 WL 2717676, at *1 (S.E.C. Sept. 23, 2025) (dismissing follow-on proceeding against appellant because "conducting further proceedings . . . would not be in the public interest"). The exception for claims that are capable of repetition yet evade review also does not apply because appellant has not shown that "the challenged action was in its duration too short to be fully litigated prior to its cessation or expiration." Moharam v. TSA, 134 F.4th 598, 609 (D.C. Cir. 2025) (internal quotation marks omitted). Finally, dismissal without prejudice and vacatur of the district court's opinion and order are appropriate here. See Givens v. Bowser, 111 F.4th 117, 122-23 (D.C. Cir. 2024); United States v. Munsingwear, Inc., 340 U.S. 36, 39 (1950).

## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5208**  **September Term, 2025**

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**