# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 24, 2026
Lyle W. Cayce
Clerk

_____

No. 23-60617
_____

SAUL ORTEGA, *Former Chief Financial Officer, Director, President, Chief Executive Officer, and Chairman of the Board*; DAVID ROGERS, JR., FORMER CHAIRMAN OF THE BOARD,

*Petitioners*,

*versus*

OFFICE OF THE COMPTROLLER OF THE CURRENCY,

*Respondent*.

_____

Appeal from the Department of Treasury (Except IRS)
Agency Nos. AA-EC-2017-44,
AA-EC-2017-45

_____

Before WIENER, DOUGLAS, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

  This matter is placed in abeyance and all deadlines are suspended pending the decision of the Supreme Court of the United States in NO. 24-406, *FCC v. AT&T, Inc.*, and No. 25-567, *Verizon Communications Inc. v. FCC*. The hold on the mandate remains in effect. The petition for rehearing en banc remains pending.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 24, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60617   Ortega v. Off of the Com of the Curcy  
                   USDC No. AA-EC-2017-44  
                   USDC No. AA-EC-2017-45

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Sean Hannan, Deputy Clerk  
504-310-7702

Mr. Frank Converse Brame  
Mr. Kevin Spencer Elliker  
Mrs. Celeste May Embrey  
Mr. Steven Engel  
Ms. Brianne Jenna Gorod  
Ms. Hannah Hicks  
Mr. Brian Kulp  
Mr. Thomas S. Leatherbury  
Mr. Michael H. McGinley  
Mr. Russell Ryan  
Mr. William David Sims II  
Ms. Lauren Willard Zehmer