# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5195** **September Term, 2025**

**1:24-cv-00780-UNA**

**Filed On: August 27, 2026** **[2190179]**

John Doe,

Appellant

v.

Public Company Accounting Oversight
Board and United States of America,

Appellees

**O R D E R**

It is **ORDERED**, on the court's own motion, that the court's mandate inadvertently issued on August 26, 2026, be recalled.

The Clerk of the United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk